**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10424 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-01082-FRZ |
| v. | MEMORANDUM[*] |
| FAUSTO ANTONIO FABIAN, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Frank R. Zapata, District Judge, Presiding

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Fausto Antonio Fabian appeals from his guilty-plea conviction and 48-
month sentence for reentry following deportation, in violation of 8 U.S.C.
§ 1326(a).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Fabians'
counsel has filed a brief stating there are no grounds for relief, along with a motion

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

to withdraw as counsel of record.  We have provided the appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief of answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.